UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FREDDIE J. ISAACS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) No. 1:12-cv-00588-MJD-RLY |
| MICHAEL J. ASTRUE Commissioner of the | ) |
| Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

The Court, having this day made its Entry,

    IT IS THEREFORE ADJUDGED that the final decision of the Commissioner that Freddie J. Isaacs was not entitled to Social Security Disability Insurance benefits and Social Security Supplemental Security Income Disability benefits based upon his applications filed on October 21, 2009, is **REVERSED** and **REMANDED**.

Date: 04/22/2013

                                                        Mark J. Dinsmore
                                                        United States Magistrate Judge
                                                        Southern District of Indiana

Distribution:

Patrick Harold Mulvany
patrick@mulvanylaw.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov